# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2023-0646**
Ocie Lee Lynch v. State of Alabama (Appeal from Talladega Circuit Court: CC-12-262.60)

## NOTICE

You are hereby notified that on May 17, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk